IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAGARDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPPORT.COM, INC.,<br><br>　　　　Defendant. | Case No.: 12-0609 (JSC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT (Dkt. No. 20)** |

The Court is in receipt of Plaintiff's Statement of Non-Opposition (Dkt. No. 22) to Defendant's Motion to Dismiss Plaintiff's original complaint (Dkt. Nos. 20). Defendant's motion is therefore GRANTED without prejudice, and the May 17, 2012 hearing is vacated. Plaintiff already filed an amended complaint on April 27, 2012 pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Dkt. No. 23.) Any response shall be filed by Defendant on or before May 23, 2012, unless the parties agree otherwise.

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____Jacqueline S. Coly_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE