1  SEAN P. REIS (SBN 184044)
   sreis@edelson.com
2  EDELSON MCGUIRE LLP
   30021 Tomas Street, Suite 300
3  Rancho Santa Margarita, California 92688
   Tel: 949.459.2124
4  Fax: 949.459.2123

5  *Attorneys for Plaintiffs*

6  MICHAEL H. PAGE (SBN 154913)
   DURIE TANGRI LLP
7  mpage@durietangri.com
   217 Leidesdorff Street
8  San Francisco, California 94111
   Tel: 415.362.6666
9  Fax: 415.236.6300

10 *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES LAGARDE and TIM BATCHELOR, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>SUPPORT.COM, INC. d/b/a SAMMSOFT, a Delaware corporation, AOL, INC., a Delaware corporation,<br><br>        *Defendants*. | Case No. 3:12-cv-00609-JSC<br><br>**[PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Jacqueline Scott Corley<br>Action Filed: February 7, 2012 |

1 | This matter coming before the Court on the Parties' Stipulation to Vacate or Continue Case Management Conference, due and adequate notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUGED:

1. The case management conference in this matter currently set for November 1, 2012 at 1:30 p.m. is hereby vacated.

IT IS SO ORDERED.

DATED: October 25, 2012

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE