IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAGARDE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SUPPORT.COM, INC., et al.,<br><br>　　　　Defendants. | Case No.: 12-0609 JSC<br><br>**ORDER FOR ADDITIONAL DOCUMENTATION AND RESCHEDULING HEARING ON PLAINTIFFS' MOTIONS** |

　　　Now pending before the Court are Plaintiffs' motion for final approval of class action settlement, (Dkt. No. 53), and Plaintiffs' unopposed motion for attorneys' fees and collective incentive award, (Dkt. No. 51). A hearing on the motions is currently scheduled for March 7, 2013 at 9:00 a.m. At the hearing on Plaintiffs' motion for preliminary approval of class action settlement, the Court instructed Plaintiffs that they were to submit, in advance of the hearing on their motion for final approval and motion for attorneys' fees, documentation reflecting the current claim rate and supporting their lodestar figure.

　　　Given that Plaintiffs have yet to file such documentation, the Court hereby orders that **by March 13, 2013** Plaintiffs shall provide the Court with 1) the current rate of claims, and 2) detailed billing records supporting their request for fees, including a description of each task and the duration

of each task.  In addition, the Court hereby reschedules the hearing on Plaintiffs' motions to **March 21, 2013 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated:  March 5, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE