JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES LAGARDE and TIM BATCHELOR, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SUPPORT.COM, INC. d/b/a SAMMSOFT, a Delaware corporation, and AOL, INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 3:12-cv-00609-JSC<br><br>**NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEE AWARD**<br><br>Judge: Honorable Jacqueline Scott Corley<br><br>Action Filed: February 7, 2012 |

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE THAT** on March 13, 2013 the undersigned caused the

3 attached (i) *Supplemental Declaration of Rafey S. Balabanian in Support of Final Approval of*

4 *Class Action Settlement and Attorneys' Fee Award*, and (ii) *Declaration of Mallory Sander* to be

5 filed with the Clerk of the Court via the Court's CM/ECF electronic filing system.

         *          *          *

**JAMES LAGARDE** and **TIM BATCHELOR**, individually and on behalf of all others similarly situated,

Dated: March 13, 2013          By: /s/ Benjamin H. Richman
                                    One of Plaintiffs' Attorneys

JAY EDELSON
jedelson@edelson.com
RAFEY S. BALABANIAN
rbalabanian@edelson.com
BENJAMIN H. RICHMAN
brichman@edelson.com
CHANDLER R. GIVENS
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

I, Benjamin H. Richman, an attorney, hereby certify that on March 13, 2013, I caused the above and foregoing ***Notice of Supplemental Filing in Support of Final Approval of Class Action Settlement and Attorneys' Fee Award*** to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 13th day of March 2013.

/s/ Benjamin H. Richman