JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES LAGARDE and TIM BATCHELOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPPORT.COM, INC. d/b/a SAMMSOFT, a Delaware corporation, and AOL, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:12-cv-00609-JSC<br><br>**DECLARATION OF MALLORY SANDER**<br><br>Judge: Honorable Jacqueline Scott Corley<br><br>Action Filed: February 7, 2012 |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I, Mallory Sander, am a Project Manager at Epiq Systems, Inc. ("Epiq"). I am over the age of eighteen and am fully competent to make this declaration. I am familiar with the actions taken by Epiq with respect to the settlement reached thus far and the corresponding proposed class notice program in the above captioned case.

2. This declaration is based upon my personal knowledge and information provided to me by those whose regular job function it is to have such information and is accurate and truthful to the best of my knowledge.

3. The claim filing deadline, which was a postmark deadline, was February 28, 2013. As of March 11, 2013, pending a final audit of all claims, Epiq has received a total of 1,259 timely and complete claims.

\*     \*     \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of March 2013 at Beaverton, Oregon.

Mallory Sander

DECLARATION OF MALLORY SANDER   1   CASE NO. 3:12-CV-00609-JSC